UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
AT KANSAS CITY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* EDWARD ERNST, | ) ) ) ) |
| Plaintiff, | ) Civil Action No. 2:19-cv-02085-JWL |
| v. | ) ) |
| COLLEGE PARK ANCILLARY, LLC, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

**ORDER**

This matter comes before the court on Defendants' Unopposed Motion to Stay Discovery and Scheduling Conference (ECF No. 42), which seeks a stay of discovery and a rescheduling of the scheduling conference pending a ruling on Defendants' Motions to Dismiss (ECF Nos. 36, 38, and 40). For good cause shown, including that Defendants' motion to stay is unopposed, that a stay of discovery will preserve the parties' resources, and that Defendants' Motions to Dismiss would be fully dispositive if granted, it is hereby ordered that discovery in this action is stayed pending a ruling on Defendants' Motions to Dismiss.

IT IS HEREBY ORDERED:

1. The request to stay proceedings is granted. All pretrial proceedings in this case, including discovery and initial disclosures, are stayed until further order of the court.

2. The telephone scheduling conference set for September 17, 2020, at 9:00 a.m. is cancelled. The September 7, 2020 deadline for the parties to submit a report of planning conference pursuant to Fed. R. Civ. P. 26(f) is vacated.

2

      3.      Counsel shall confer and submit a Rule 26(f) planning report to the undersigned's chambers within 14 days of all the motions to dismiss being ruled.

IT IS SO ORDERED.

Dated this 8th day of September, 2020.

                                                s/ James P. O'Hara  
                                                James P. O'Hara  
                                                U.S. Magistrate Judge